# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1144
Lower Tribunal No. 97-13886-B
_____

**Carlos Mandri,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Carlos Mandri, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See <u>Mandri v. State</u>, 995 So. 2d 505 (Fla. 3d DCA 2008).  <u>See also</u> <u>Lee v. State</u>, 895 So. 2d 1240 (Fla. 3d DCA 2005) (holding that the decision in <u>Blakely v. Washington</u>, 542 U.S. 296 (2004) is not retroactively applicable to cases on collateral review); <u>Delemos v. State</u>, 969 So. 2d 544 (Fla. 2d DCA 2007) (recognizing that a successful collateral attack on the legality of one sentence in a multi-count judgment does not affect or toll the finality of the remaining sentences).